UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| TRAVIS BEAVER, LUZ PINEDA, and SUSANNE HANES, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NISSAN OF NORTH AMERICA, INC,<br><br>Defendant. | Case No.: 3:22-CV-00785<br><br>Honorable Eli J. Richardson |

## PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

Pursuant to Federal Rule of Civil Procedure 23(e), Plaintiffs[1], individually and on behalf of the proposed Settlement Class, hereby move for preliminary approval of the class action settlement with Defendant Nissan of North America, Inc. Plaintiffs respectfully move this Honorable Court for entry of an Order: (1) granting preliminary approval of the Settlement and finding that it warrants sending notice to the Settlement Class; (2) conditionally certifying the Settlement Class for settlement purposes and appointing Plaintiffs as Class Representatives and Melissa Weiner of Pearson Warshaw, LLP, Cody R. Padgett of Capstone Law APC, J. Gerard Stranch of Stranch, Jennings & Garvey PLLC, Mark Greenstone of Greenstone Law APC, Lawrence Deutsch of Berger Montague PC, Natalie Finkelman Bennett of Miller Shah, LLP, and Norberto Cisneros of Maddox & Cisneros LLP as Class Counsel; (3) approving the Parties' proposed form and method of giving Settlement Class Members notice of the action and proposed Settlement; (4) directing that Notice be given to Settlement Class Members in the proposed form

---

[1] "Plaintiffs" collectively refers to Travis Beaver, Luz Pineda, Susanne Hanes, and Carl Kirksey.

and manner; (5) appointing Verita Global, LLC as Settlement Administrator; and (6) setting a Fairness Hearing to consider entering Final Approval of the Settlement.

This motion is based on Plaintiffs' Memorandum of Law and the declarations submitted in support thereof, the complete record in this action and such oral argument as the Court may consider in deciding this motion.

Dated: November 25, 2024

/s/ J. Gerard Stranch, IV
J. Gerard Stranch, IV (BPR #23045)
**STRANCH, JENNINGS & GARVEY, PLLC**
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
Tel.: (615) 254-8801
Fax: (615) 255-5419
*gerards@bsjfirm.com*

Melissa S. Weiner (admitted Pro Hac Vice)
**PEARSON WARSHAW, LLP**
328 Barry Avenue South, Suite 200
Wayzata, MN 55391
Tel.: (612) 389-0600
Fax: (613) 389-0610
*mweiner@pwfirm.com*

Michael H. Pearson (admitted Pro Hac Vice)
**PEARSON WARSHAW, LLP**
15165 Ventura Boulevard, Suite 400
Sherman Oaks, CA 91403
Tel.: (818) 788-8300
Fax: (818) 788-8104
*mpearson@pwfirm.com*

Mark S. Greenstone (admitted Pro Hac Vice)
**GREENSTONE LAW APC**
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Tel.: (310) 201-9156
Fax: (310) 201-9160
*mgreenstone@greenstonelaw.com*

Cody R. Padgett (admitted Pro Hac Vice)
Laura H. Goolsby (admitted Pro Hac Vice)
**CAPSTONE LAW APC**
1875 Century Park East, Suite 1000
Los Angeles, CA 90067
Tel.: (310) 556-4811
Fax: (310) 943-0396
*Cody.Padgett@capstonelawyers.com*
*Laura.Goolsby@capstonelawyers.com*

Lawrence Deutsch (admitted Pro Hac Vice)
Jeffrey L. Osterwise (admitted Pro Hac Vice)
**BERGER & MONTAGUE, P.C**
1818 Market Street
Philadelphia, PA 19103
Tel.: (215) 875-3062
Fax: (215) 875-460
*ldeutsch@bm.net*
*josterwise@bm.net*

James C. Shah (admitted Pro Hac Vice)
Natalie Finkelman Bennett (admitted Pro Hac Vice)
**MILLER & SHAH, LLP**
1845 Walnut St., Suite 806
Philadelphia PA 19103
Tel.: (610) 891-9880
*jcshah@millershah.com*
*nfinkelman@millershah.com*

Norberto J. Cisneros (admitted Pro Hac Vice)
Barbara M. McDonald (admitted Pro Hac Vice)
**MADDOX & CISNEROS, LLP**
1210 South Valley View Blvd., Suite 202
Las Vegas, Nevada 89102
Tel.: (702)366-1900
Fax: (702) 366-1999
*ncisneros@mic-law.com*

*Attorneys for Plaintiffs and the Class and the Subclasses*

# CERTIFICATE OF SERVICE

       I hereby certify that a true and correct copy of the foregoing Motion was served on the party listed below via first class mail, postage prepaid, unless said party is a registered CM/ECF participant who has consented to electronic notice, and the Notice of Electronic Filing indicates that Notice was electronically mailed to said party:

John S. Hicks
BAKER DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.
1600 West End Avenue, Suite 2000
Nashville, TN 37203
jhicks@bakerdonelson.com

E. Paul Cauley, Jr. (*pro hac vice*)
FAEGRE DRINKER BIDDLE & REATH LLP
2323 Ross Avenue, Suite 1700, Dallas, TZX 75201
(469) 357-2500
paul.cauley@faegredrinker.com

Bradley J. Andreozzi
FAEGRE DRINKER BIDDLE & REATH LLP
320 South Canal Street, Suite 3300
Chicago, Illinois 60606

DATED: November 25, 2024

                                            */s/ J. Gerard Stranch, IV*
                                            J. GERARD STRANCH, IV