# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| TRAVIS BEAVER, LUZ PINEDA, and SUSANNE HANES, individually and on behalf of all others similarly situated, | |
| Plaintiffs, | Case No.: 3:22-CV-00785 |
| v. | Honorable Eli J. Richardson |
| NISSAN OF NORTH AMERICA, INC, | |
| Defendant. | |

## PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

Plaintiffs[1], individually and on behalf of the proposed Settlement Class, hereby move for final approval of the Settlement Agreement (ECF No. 90-2) with Defendant Nissan of North America, Inc.

This motion is based on Plaintiffs' Memorandum of Law and the declarations submitted in support thereof, the complete record in this action and such oral argument as the Court may consider in deciding this motion.

---

[1] "Plaintiffs" collectively refers to Travis Beaver, Luz Pineda, Susanne Hanes, and Carl Kirksey.

1033693.2

Dated: May 23, 2025

/s/ J. Gerard Stranch, IV

J. Gerard Stranch, IV (BPR #23045)
**STRANCH, JENNINGS & GARVEY, PLLC**
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
Tel.: (615) 254-8801
Fax: (615) 255-5419
*gstranch@stranchlaw.com*

Melissa S. Weiner (admitted *Pro Hac Vice*)
**PEARSON WARSHAW, LLP**
328 Barry Avenue South, Suite 200
Wayzata, MN 55391
Tel.: (612) 389-0600
Fax: (613) 389-0610
*mweiner@pwfirm.com*

Michael H. Pearson (admitted *Pro Hac Vice*)
**PEARSON WARSHAW, LLP**
15165 Ventura Boulevard, Suite 400
Sherman Oaks, CA 91403
Tel.: (818) 788-8300
Fax: (818) 788-8104
*mpearson@pwfirm.com*

Mark S. Greenstone (admitted *Pro Hac Vice*)
**GREENSTONE LAW APC**
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Tel.: (310) 201-9156
Fax: (310) 201-9160
*mgreenstone@greenstonelaw.com*

Cody R. Padgett (admitted *Pro Hac Vice*)
Laura H. Goolsby (admitted *Pro Hac Vice*)
**CAPSTONE LAW APC**
1875 Century Park East, Suite 1000
Los Angeles, CA 90067
Tel.: (310) 556-4811
Fax: (310) 943-0396
*Cody.Padgett@capstonelawyers.com*
*Laura.Goolsby@capstonelawyers.com*

Lawrence Deutsch (admitted *Pro Hac Vice*)
Jeffrey L. Osterwise (admitted *Pro Hac Vice*)
**BERGER & MONTAGUE, P.C**
1818 Market Street
Philadelphia, PA 19103
Tel.: (215) 875-3062
Fax: (215) 875-460
*ldeutsch@bm.net*
*josterwise@bm.net*

James C. Shah (admitted *Pro Hac Vice*)
Natalie Finkelman Bennett (admitted *Pro Hac Vice*)
**MILLER & SHAH, LLP**
1845 Walnut St., Suite 806
Philadelphia PA 19103
Tel.: (610) 891-9880
*jcshah@millershah.com*
*nfinkelman@millershah.com*

Norberto J. Cisneros (admitted *Pro Hac Vice*)
Barbara M. McDonald (admitted *Pro Hac Vice*)
**MADDOX & CISNEROS, LLP**
1210 South Valley View Blvd., Suite 202
Las Vegas, Nevada 89102
Tel.: (702) 366-1900
Fax: (702) 366-1999
*ncisneros@mic-law.com*

*Attorneys for Plaintiffs and the Class and the Subclasses*