IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| TRAVIS BEAVER et al., | ) | |
|---|---|---|
| Plaintiffs, | ) | NO. 3:22-cv-00785 |
| v. | ) | JUDGE RICHARDSON |
| NISSAN OF NORTH AMERICA, INC. et al., | ) | |
| Defendants. | ) | |

## ORDER

For the reasons discussed at the fairness hearing on July 18, 2025, the Motion for Final Approval of Class Action Settlement (Doc. No. 109) and the Motion for Attorneys' Fees, Costs, and Class Representative Service Awards (Doc. No. 114) are both granted. The relief requested via these motions will be set forth more fully in a separate order to be entered subsequently.

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE